People v Chabot (2026 NY Slip Op 00820)

People v Chabot

2026 NY Slip Op 00820

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, NOWAK, AND HANNAH, JJ. (Filed Feb. 11, 2026.) 

MOTION NO. (1008/25) KA 24-00031.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vJASON A. CHABOT, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument denied.